IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREEN BANK, NATIONAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-00465 |
| RG OPPORTUNITIES I, L.P., an Ohio limited partnership; and NEW CITY ADVISORS, LLC, a Delaware limited liability company | § § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S MOTION FOR ORDER TO
DEPOSIT FUNDS INTO THE COURT REGISTRY**

Plaintiff Green Bank, National Association ("Green Bank"), files this Motion for Order to Deposit Funds Into the Court Registry ("Motion") and would respectfully state to the Court as follows:

**Introduction**

1. On February 18, 2018, Green Bank initiated this interpleader action against defendants New City Advisors, LLC ("New City") and RG Opportunities I, L.P. ("RG Opportunities") to determine the proper owner of $5,250,320.55 (the "Disputed Funds") currently held in a deposit escrow account at Green Bank, account number ******9990 (the "Escrow Account"). New City and RG Opportunities have been served with a Summons and copy of the Complaint. A Scheduling Conference has been set for May 11, 2018.

**Grounds for Deposit**

2. For the reasons set forth in its Interpleader Complaint, Green Bank has reasonable grounds to anticipate rival claims to the Disputed Funds by the Defendants or others. Green

Bank is not in a position to resolve such claims, which expose it to multiple claims or liabilities. Green Bank requests that the Court enter an Order authorizing it to deposit the sum of $5,250,320.55, constituting the Disputed Funds, into the court registry.

Wherefore, premises considered, Green Bank respectfully requests that this Court enter an Order authorizing Green Bank to deposit the sum of $5,250,320.55, constituting the Disputed Funds, into the court registry.

Respectfully submitted,

**LEYH, PAYNE & MALLIA, PLLC**

By: /s/ Steven A. Leyh_____
    Steven A. Leyh
    Attorney-in-Charge
    Texas Bar No. 12318300
    Email: sleyh@lpmfirm.com
    Argie D. Brame
    Texas Bar No. 24063874
    Email: abrame@lpmfirm.com
    9545 Katy Freeway, Suite 200
   Houston, Texas 77024
   (713) 785-0881 (Telephone)
   (713) 784-0338 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**
**GREEN BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2018, a true and correct copy of this Motion was served via United States first class regular mail and by certified mail, return receipt requested, on the following:

| | |
|---|---|
| RG Opportunities I, L.P.<br>7680 Universal Blvd., Suite 565<br>Orlando, FL 32819 | *Via: CMRRR  9314769904300043907691* |
| New City Advisors, LLC<br>1999 S. Bascom Ave., Suite 700<br>Campbell, CA 95008<br>Attn: Lili Wang | *Via: CMRRR  9314769904300043911360* |

                                                               /s/ Steven A. Leyh
                                                               Steven A. Leyh